*Erin Booker v. The Kroger Co., John Doe*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: 1:26-cv-02006-SDG*

# EXHIBIT D:
# CV and Fee Schedule of Karim Vellani

Karim Vellani, CPP, CSC 281-494-1515 kv@threatanalysis.com

## Professional Experience Summary

Karim Vellani is President of Threat Analysis Group, LLC, an independent security consulting firm. Board Certified in Security Management (CPP) and as a Security Consultant (CSC), he has over 30 years of experience in security management. He holds a bachelor's degree in Criminal Justice and a master's degree in Criminal Justice Management. He is the author of *Applied Crime Analysis*, *Strategic Security Management*, and *Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime*, and has contributed to many other security publications and journals. Karim collaborates on research initiatives focused on preventing violent crime, workplace violence, and sex trafficking. As an Adjunct Professor at the University of Houston–Downtown, he taught graduate-level courses in Security Management and Risk Analysis. He has trained police and security officers in firearms use and the application of force and frequently serves as an instructor for professional security organizations.

As an independent security consultant, Karim has advised Fortune 500 companies and government agencies on security risk management and force protection. He regularly consults for government, commercial, and residential sites across the country, with a portfolio including data centers, healthcare facilities, houses of worship, manufacturing plants, financial institutions, retail stores, shopping centers and malls, hotels and motels, office buildings, and residential housing. For 11 years, Karim was responsible for managing the quality control/assurance function for the U.S. Department of Homeland Security's protection force at federal buildings in 23 states.

Karim specializes in crime analysis and security risk assessment. He developed a crime analysis methodology and software application based on the FBI's Uniform Crime Reporting system, enabling users to identify threats, select effective countermeasures, and mitigate risks. First introduced in Applied Crime Analysis and expanded in Unraveled, this methodology has been applied in threat assessments for thousands of facilities. He also created the Security Risk Assessment Methodology for Healthcare Facilities, published by the International Association for Healthcare Security & Safety (IAHSS) in 2009. In 2023, Karim authored the IAHSS Human Trafficking Victim Identification and Response guideline and served on the ASIS International Technical Committee for the Risk Assessment Standard.

Karim is an active member of several professional organizations, including the International Association of Professional Security Consultants (IAPSC), ASIS International, the American Society of Criminology (ASC), the American Society of Evidence-Based Policing (ASEBP), the International Association of Crime Analysts (IACA), the International Association of Chiefs of Police (IACP), and the International Association for Healthcare Security & Safety (IAHSS). He previously served as President of the IAPSC and as Chair of both the IAHSS Foundation's Evidence-Based Research Committee and the IAPSC's Evidence-Based Security Practices Committee. He currently serves as a member of the IAPSC Forensic Committee. In 2025, Karim was honored with the Charles A. Sennewald Distinguished Service Accolade by the IAPSC in recognition of his contributions to the security consulting profession.

## Current Employment

***Threat Analysis Group, LLC***
President & Independent Security Consultant

- Security Metrics & ROI: Conduct ROI analyses for crime prevention investments; perform crime analysis and benchmarking to support data-driven decision-making
- Risk Management: Lead threat and vulnerability assessments; develop quantitative risk models to measure exposure and prioritize mitigation strategies
- Operational Optimization: Develop and refine security policies, staffing models, and procedures; advise on force allocation, procurement, and vendor selection
- Technology Advisory: Provide vendor-independent consultation on access control, intrusion detection, video management, and communications systems
- Research & Innovation: Conduct evidence-based research on crime prevention, with emphasis on threat assessment, violent crime, sex trafficking, and workplace violence

## Past Employment

***University of Houston – Downtown***
Adjunct Professor

- Taught graduate courses in Security Management and Risk Analysis in the Master's Program at the University's College of Criminal Justice..

***Texas One Security***
Operations Manager

- Managed a security force of over 100 officers, overseeing approximately 1,400 guard hours across 17 client sites.
- Directed hiring, training, deployment, scheduling, and performance evaluations to ensure operational effectiveness.
- Ensured full compliance with State Private Security rules and regulations for both personnel and company operations.

***Operational Support Services, Inc.***
Law Enforcement Advisor/Security Consultant

- Provided security consulting services to law enforcement agencies, private security firms, government entities
- Conducted threat and vulnerability assessments to evaluate client risk and inform mitigation strategies

*North Harris College*
Instructor

- Trained police and security officers in firearms use, safety, and qualification standards
- Instructed security personnel on legal topics including use of force, deadly force, and profiling

*Roehling Corporate International Investigations, Inc.*
Private Investigator

- Provided investigative services to the legal profession, insurance companies, and private corporations
- Served on search team for Oklahoma escaped convict Randolph Franklin Dial

## Certifications & Licenses

Board Certified Security Consultant (CSC)
International Association of Professional Security Consultants (IAPSC)

Board Certified in Security Management (CPP)
American Society for Industrial Security - International (ASIS)

Board Certified Protection Officer (CPO)
International Foundation for Protection Officers

Board Certified Police Firearms Instructor
National Rifle Association of America

## Education & Training

Master of Science, Criminal Justice Management, Sam Houston State University, August 1998

Bachelor of Science, Criminal Justice (Specialization in Law Enforcement / Police Science), Sam Houston State University, August 1994

An Analyst's Role in a Homicide Investigation, International Association of Crime Analysts

Certified Protection Officer Course, International Foundation for Protection Officers

Certified Protection Professional Course, American Society for Industrial Security – International

Concealed Handgun Instructor Course, Texas Department of Public Safety

Criminal Profiling in Crime Analysis, International Association of Crime Analysts

Gang Crimes, Montgomery County Sheriff's Department

How Anti-Money Laundering Investigators Follow the Money for Human Trafficking, Houston InfraGard Countering Human Trafficking Cross Sector Council

Identifying and Managing Risky Facilities, International Association of Professional Security Consultants

Identifying Crime and Crash Patterns, Analyst Mastermind Series, International Association of Directors of Law Enforcement

Instructors Course, Texas Commission on Law Enforcement Standards and Education

Introduction to Child Sex Trafficking, National Center for Missing and Exploited Children

Level One Training, Texas Private Security Bureau

Personal Protection and Home Safety Instructor, National Rifle Association of America

Pistol, Rifle and Shotgun Instructor, National Rifle Association of America

Police Firearms Instructor, National Rifle Association of America

**Professional Affiliations**

American Society of Criminology (ASC)

American Society of Evidence-Based Policing (ASEBP)

American Society for Industrial Security - International (ASIS)

Federal Bureau of Investigation (FBI) InfraGard

International Association of Chiefs of Police (IACP)

International Association of Crime Analysts (IACA)

International Association for Healthcare Security & Safety (IAHSS)

International Association of Professional Security Consultants (IAPSC)

**Accomplishments**

Chair, Evidence-Based Security Practices Committee, 2022 - Present
International Association of Professional Security Consultants (IAPSC)

Member, Forensic Security Committee, 2004 – Present
International Association of Professional Security Consultants (IAPSC)

Chair, Evidence Based Research Committee, 2015 - 2020
International Association of Healthcare Security and Safety Foundation

Member, Board of Directors, 2013 – 2020
International Healthcare Security and Safety Foundation

Member, Use of Force Best Practice Committee, 2019 – 2020
International Association of Professional Security Consultants (IAPSC)

Technical Committee Member, Enterprise Security Risk Management (ESRM) Guideline, 2019 - 2020
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Officer Selection and Training Guideline, 2017 - 2018
American Society for Industrial Security - International (ASIS)

Member, Security Metrics/Data Task Force, 2016-2019
International Association of Healthcare Security and Safety

Technical Committee Member, Private Security Officer (ANSI Standard), 2015 - 2017
American Society for Industrial Security - International (ASIS)

Member, Board of Directors, 2011 - 2015
International Association of Professional Security Consultants (IAPSC)

Technical Committee Member, Risk Assessment (ANSI Standard), 2013 - 2016
American Society for Industrial Security - International (ASIS)

Chairman, Council on Advocacy, 2011 - 2012
International Association for Healthcare Security & Safety (IAHSS)

Advisory Member, Security Lighting for People, Property, and Critical Infrastructure Guideline (G-1-16), 2011 – 2017
Illuminating Engineering Society of North America (IESNA)

Technical Committee Member, Private Security Company (ANSI Standard), 2012 - 2013
Maturity Model for the Phased Implementation of a Quality Assurance Management System for Private Security Service Providers (PSC.3) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 - 2012
Conformity Assessment and Auditing Management System for Quality of Private Security Company Operations (PSC.2) Standard
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Private Security Company (ANSI Standard), 2011 – 2012
Management System for Quality of Private Security Company Operations (PSC.1)
American Society for Industrial Security - International (ASIS)

Technical Committee Member, Physical Asset Protection (ANSI Standard), 2011 - 2012
American Society for Industrial Security - International (ASIS)

Immediate Past President, 2009 - 2011
International Association of Professional Security Consultants (IAPSC)

President, 2008 - 2009
International Association of Professional Security Consultants (IAPSC)

Vice President, 2007 - 2008
International Association of Professional Security Consultants (IAPSC)

Secretary, 2006 - 2007
International Association of Professional Security Consultants (IAPSC)

Member, Board of Directors, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Chairman, Professional Certification Committee, 2004 - 2006
International Association of Professional Security Consultants (IAPSC)

Member, Private Security Services Council, 2005 – 2006
American Society for Industrial Security - International (ASIS)

Chairman, Certifications Committee, 2004 - 2006
American Society for Industrial Security - International (ASIS) - Houston Chapter

Chairman, By-Laws Committee, 2004
International Association of Professional Security Consultants (IAPSC)

Chairman, Certified Protection Professional Committee, 2002 - 2003
American Society for Industrial Security - International (ASIS) - Houston Chapter

Committee Member, Publications Committee, 2001 - 2002
International Association of Crime Analysts (IACA)

**Publications & Presentations**

Vellani, K. (2026). Strategic Security Management: A Risk Assessment Guide for Decision Makers, Third Edition. Boca Raton, FL: Taylor & Francis CRC Press.

Perez, K. L., Kaufer, S., Silva, M. A., Vellani, K., & Zajic, A. W. (2025). Place Management for Apartment Crime Prevention (EBSP-25-02). Evidence-Based Security Practices, International Association of Professional Security Consultants.

Vellani, K. (2025). "Forensic Methodology – The Gold Standard for Expert Witnesses" (Panelist). Annual Conference, International Association of Professional Security Consultants, San Diego, CA, May 1, 2025.

Vellani, K. Kaufer, S.; & Army, C. (2024). A Refined Violent Crime Typology: Analyzing and Solving Specific Types of Violence. ASU Center for Problem-Oriented Policing.

Vellani, K. (2023). "Transitioning to Evidence-Based Security Practices." ASIS - International. Houston, TX, November 8, 2023.

Vellani, K. (2023). "Using Evidence-Based Research to Understand and Prevent Crime." Evidence-Based Security Practices Committee, International Association of Professional Security Consultants, January 24, 2023.

Army, C. & Vellani, K. (2023). Risky Behaviors and Violent Victimization (EBSP-23-01). Evidence-Based Security Practices, International Association of Professional Security Consultants.

Vellani, K. (2022). "Using Evidence-Based Research to Understand and Prevent Crime." 37th Annual Conference, International Association of Professional Security Consultants, Denver, CO, June 14, 2022.

Vellani, K. (2022). "Assessing Crime Risk." Fundamentals in Forensic Security Consulting, International Association of Professional Security Consultants, Denver, CO, June 13, 2022.

Vellani, K., & Kristof, T.S. (2022). "Security's Critical Role in Combating Sex Trafficking." Journal of Healthcare Protection Management, Volume 76, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2021). Unraveled: An Evidence-Based Approach to Understanding and Preventing Crime. Threat Analysis Group, LLC.

Vellani, K. (2021). "Mitigating Security Risks with Evidence-Based Research." Hospital Association of Southern California, November 3, 2021.

Army, C. & Vellani, K. (2021). Violent Crime Typology and Continuum. CrimRxiv. https://doi.org/10.21428/cb6ab371.71ec923d

Vellani, K. & Kristof, T.S. (2021). Identifying and Responding to Sex Trafficking Victims in Healthcare Environments. CrimRxiv. https://doi.org/10.21428/cb6ab371.84ddfc71

Vellani, K. and Kristof, T.S. (2021). "Results of the 2020 Healthcare Crime Survey." Journal of Healthcare Protection Management, Volume 36, Number 1, International Association for Healthcare Security & Safety.

Vellani, K.; Warren, B.; Young, J. (2020). "The Impact of COVID-19 on Healthcare Facilities." International Association of Healthcare Security and Safety, October 28, 2020.

Pompeii, L. A., Benavides, E., Pop, O., Rojas, Y., Emery, R. J., Delclos, G. L., Markham, C. M., Oluyomi, A. O., Vellani, K., & Levine, N. (2020). Workplace Violence in Outpatient Physician Clinics: A Systematic Review. International Journal of Environmental Research and Public Health, 17, 6587. https://doi.org/10.3390/ijerph17186587

Vellani, K. (2020). "Impressing Your Boss: Using the IAHSS Foundation's Crime Survey and Other Foundation Research to Improve Your Program." International Association of Healthcare Security and Safety, Virtual Conference, September 1, 2020.

Vellani, K. (2020). "2020 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K. (2019). Strategic Security Management: A Risk Assessment Guide for Decision Makers, Second Edition. Boca Raton, FL: Taylor & Francis CRC Press.

Vellani, K. (2019). "Evidence, Anecdotes, and Actions: A Summary of the 2019 Healthcare Crime Survey and other IAHSS Foundation Research." Journal of Healthcare Protection Management, Volume 35, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2019). "2019 Healthcare Crime Survey." International Association of Healthcare Security and Safety, Orlando, FL, May 21, 2019.

Vellani, K. (2019). "How Many Security Officers Do You Need? An Evidence-based Approach to Determining the Industry Average Number of Hospital Security Officers." International Association of Healthcare Security and Safety, Orlando, FL, May 20, 2019.

Vellani, K., D'Angelo, M.S & Wheatley, K. (2019). "Vetting Clients: From First Call Through Final Report." 35th Annual Conference, Miami, FL, International Association of Professional Security Consultants, May 5, 2019.

Vellani, K. (2019). "2019 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K., Emery, R.J., Conway, S.H. & Pompeii, L.A. (2019). "A Refined Model for Estimating the Industry-Average Number of Security Staff for Hospitals." Journal of Healthcare Protection Management, Volume 35, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2018). "Threat Assessment in the Private Sector: Application of the IAPSC Forensic Methodology Threat Assessment Section Outside of Litigation." 34th Annual Conference, San Diego, California, International Association of Professional Security Consultants, April 30, 2018.

Vellani, K. (2017). "Violence Against Healthcare Workers: Persistent Trends and Appropriate Responses." Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2017). "2017 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K. (2016). "The Battle against Violence in U.S. Hospitals." Journal of Healthcare Protection Management, Volume 32, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2016). "2016 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K. (2015). "Arming Security Officers" (Panelist). International Association of Healthcare Security and Safety, Houston, Texas, November 13, 2015.

Vellani, K. (2015). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 6th Edition. Woburn: Elsevier.

Vellani, K. (2015). "Workplace Violence." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, K. (2015). "Security Risk Assessments." Greater Houston Industrial Hygiene Council, Houston, TX, June 18, 2015.

Vellani, K. (2015). "2015 Healthcare Crime Survey." International Association of Healthcare Security and Safety, St. Louis, MO, May 5, 2015.

Vellani, K. (2015). "2015 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K., Emery, R.J., & Reingle Gonzalez, J.M. (2015). "A Data-Driven Model for Estimating Industry Average Numbers of Hospital Security Staff." Journal of Healthcare Protection Management, Volume 31, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2015). Foreword to Michael S. D'Angelo's From Police to Security Professional: A Guide to a Successful Career Transition. Boca Raton: CRC Press.

Vellani, K. (2014). "Reducing Violence in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, July 19, 2014.

Vellani, K. (2014). "2014 Healthcare Crime Survey." International Association of Healthcare Security and Safety, San Diego, CA, May 20, 2014.

Vellani, K. (2014). "2014 Healthcare Crime Survey." International Healthcare Security and Safety Foundation.

Vellani, K. (2014). "Reducing Violence in Healthcare Facilities." Journal of Healthcare Protection Management, Volume 30, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2013). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Chicago, IL, September 23, 2013.

Vellani, K. (2012). "The Need for Effective Consulting Websites" in Charles A. Sennewald's Security Consulting, 4th Edition. Woburn: Elsevier.

Vellani, K. (2012). "Security Staffing: Madness to Methods to Outcomes." International Association of Healthcare Security and Safety, Houston, Texas, October 12, 2012.

Vellani, K., Bates, N. & Kaufer, S. (2012). "Security 2012 – The Latest Trends in Crime Analysis, Security Technology and Management Practices for Inadequate Security Litigators." National Crime Victim Bar Association, New Orleans, LA, September 21, 2012.

Vellani, K., Emery, R.J. & Parker, N. (2012). "Staffing Benchmarks: How Many Security Officers are Enough?" Journal of Healthcare Protection Management, Volume 28, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2011). "Using Crime Analysis to Solve Problems in 15 Small Steps." Journal of Healthcare Protection Management, Volume 27, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2011). "Crime Analysis: A Framework for Optimizing Security." International Association of Healthcare Security and Safety, Toronto, Ontario, May 24, 2011.

Vellani, K. (2011). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 5th Edition. Woburn: Butterworth-Heinemann.

Vellani, K. and Gouin, B. (2010). "Security Risk Assessments in the Environment of Care." American Society of Healthcare Risk Management, Tampa, FL, October 15, 2010.

Vellani, K. (2010). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Dallas, TX, October 11, 2010.

Vellani, K. (2010). "Security Risk Assessments." Texas Regional Conference, The Woodlands, Texas, International Association of Professional Security Consultants, September 15, 2010.

Vellani, K. (2010) "Crime Analysis for Problem Solving Security Professionals in 25 Small Steps." Center for Problem Oriented Policing www.popcenter.org .

Vellani, K. (2010). "Crime Analysis: Assessing Threats to Optimize Security." Threat Analysis Group, LLC. Available via Amazon.com.

Vellani, K. (2010). "Crime Analysis: Optimizing Security in Healthcare Facilities." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, K. (2010). "Crime Analysis: A Framework for Optimizing Security and Assessing Foreseeability." 26th Annual Conference, Savannah, Georgia, International Association of Professional Security Consultants, April 26, 2010.

Vellani, K. (2009). "Security Risk Assessments." Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, October 29, 2009.

Vellani, K. (2009). "The Business Plan and Successful Security Partnering" Successful Security Consulting Seminar, International Association of Professional Security Consultants and ASIS - International. Anaheim, CA, September 20, 2009; Dallas, TX, October 11, 2010; Orlando, FL, September 18, 2011.

Vellani, K. (2009). "Security Risk Assessments." Healthcare Security: Basic Industry Guidelines, January 2009, International Association for Healthcare Security & Safety.

Vellani, K. (2008). "Data Driven Security." Security Solutions Series, Threat Analysis Group, LLC.

Vellani, K. (2008). "Risk Assessments in the Environment of Care." Wisconsin Healthcare Engineering Association, October 29, 2008.

Vellani, K. (2008). "The Uniform Crime Reporting System" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention: An Encyclopedic Reference. Woburn: Butterworth-Heinemann.

Vellani, K. (2008). "Threat Assessment in the Retail Environment" in Charles A. Sennewald and John H. Christman's Retail Crime, Security, and Loss Prevention: An Encyclopedic Reference. Woburn: Butterworth-Heinemann.

Vellani, K. (2007). "Security Risk Assessments." Security 101 for Health and Safety Professionals, Southwest Center for Occupational & Environmental Health, School of Public Health, University of Texas, November 14, 2007.

Vellani, K. and Owles, R.E. (2007). "Vulnerability and Risk Assessments in the Environment of Care." Journal of Healthcare Protection Management, Volume 24, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2007). Foreword to Brian Gouin's Physical Security Consulting. Woburn: Butterworth-Heinemann.

Vellani, K. (2007). "The Gentle Art of Threat Assessment." Journal of Healthcare Protection Management, Volume 23, Number 1, International Association for Healthcare Security & Safety.

Vellani, K. (2006). "Crime Analysis" in John J. Fay's Encyclopedia of Security Management: Techniques and Technology, 2nd Edition. Woburn: Butterworth-Heinemann.

Vellani, K. (2006). "Security Risk Assessments in the Environment of Care." International Association of Healthcare Security and Safety, Houston, Texas, May 21, 2010.

Vellani, K. (2006). Strategic Security Management: A Risk Assessment Guide for Decision Makers. Woburn: Butterworth-Heinemann.

Vellani, K. (2006). "Strategic Security Management: Risk Assessments in the Environment of Care." Journal of Healthcare Protection Management, Volume 22, Number 2, International Association for Healthcare Security & Safety.

Vellani, K. (2005). "Certified Security Consultant." Successful Security Consulting Seminar, International Association of Professional Security Consultants. Orlando, FL, September 10, 2005.

Vellani, K. (2005). "Crime and Foreseeability Analysis." The Sentry. American Society for Industrial Security - International: Houston Chapter. June, 2005.

Vellani, K. (2004). "Crime and Foreseeability Analysis." The Independent Security Consultant. International Association of Professional Security Consultants. Fall, 2004.

Vellani, K. and Sennewald, C.A. (2004). Consultants as a Protection Resource, Protection of Assets Manual. Alexandria: ASIS International.

Vellani, K. (2004). "The Business Plan." Successful Security Consulting Seminar, International Association of Professional Security Consultants. Dallas, TX, September 25, 2004; Carefree, AZ, May 7, 2006; San Diego, CA, September 24, 2006.

Vellani, K. (2004). "Writing Effective Proposals" International Association of Professional Security Consultants. Newport Beach, CA, April 27, 2004.

Vellani, K. (2004). "Boosting Performance and Morale." Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, K. (2004). "Achieving Return on Investment from Crime Analysis." Security Business Practices Reference, Volume 6, ASIS Council on Business Practices, ASIS International.

Vellani, K. (2003). "Security Solutions for Strip Shopping Centers." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, K. (2003). "Security Solutions for Grocery Stores." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, K. and Batterson, M. (2003). "Security Solutions for Banks." Security Solutions Series, Threat Analysis Group, LLC, 2003.

Vellani, K. (2003). "Statistics as a Security Management Tool" in Charles A. Sennewald's Effective Security Management, 4th Edition. Woburn: Butterworth-Heinemann.

Vellani, K. (2002). "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program." Security Business Practices Reference, Volume 5, ASIS Council on Business Practices, ASIS International.

Vellani, K. (2002). "Crime Analysis in the Medical Environment." Workplace Safety Seminar, School of Public Health, University of Texas Health Science Center, December 2, 2002.

Vellani, K. (2002). "Risk Analysis" University of Houston - Downtown. CJ 5360: Security and Crisis Management: Theories and Practices, April 8, 2002.

Vellani, K. (2002). "Crime Analysis Literature: What We Have and Where We Are Going." Forecaster, International Association of Crime Analysts, Spring 2002.

Vellani, K. (2001). "Rape Zones: Are Some Neighborhoods More Prone To Sexual Assault?" KHOU 11, Houston, Texas. Aired November 25, 2001.

Vellani, K. (2001). "Crime Analysis: The First Step in Creating an Effective Crime Prevention Program." 47th Annual Seminar & Exhibit, San Antonio, Texas, American Society for Industrial Security, October 1, 2001.

Vellani, K. (2001). "Don't Let Your Guard Down." Security Management, American Society for Industrial Security, October 2001. Edited extensively by Security Management editors.

Vellani, K. (March 29, 2000). "Convenience Store Security." Presented to Pakistan Association of Greater Houston (PAGH).

Vellani, K. and Nahoun, N.D. (2001). Applied Crime Analysis. Woburn: Butterworth-Heinemann.

Vellani, K. (2000). "Security + Service = Satisfaction: The Perks of Private Security." Journal of Property Management, Institute of Real Estate Management, May/June 2000.

Vellani, K. (1999). "Crime Stoppers." Journal of Property Management, Institute of Real Estate Management, September/October 1999.

Vellani, K. (1998). "Management Ideas for Preventing Crime: An Analysis of Liability, Site-Specific Crime Prevention, Crime Prevention Through Environmental Design, and Violence Escalation." Sam Houston State University, Huntsville, Texas.

## Retention Agreement

This Agreement, when executed, will evidence our agreement under the following terms and conditions:

1. This Agreement is between Threat Analysis Group, LLC (“TAG”) and Gray, Rust, Moffett & Brieske LLP ("Client"). It is understood and agreed that TAG will remain an independent contractor to Client.

2. As compensation for services under this Agreement, Client agrees to pay TAG at a rate of $950 per hour for consulting, preparation, travel, depositions, and/or trial testimony, plus reimbursement for actual expenses. Upon execution of this Agreement by Client, a non-refundable retainer of $9,500 is due, representing a minimum fee and covering 10 hours of service. Client is not authorized to use TAG and/or TAG’s consultant’s name in any capacity, including as an expert witness, until the retainer is paid, and this Agreement is signed by both parties. Compensation to TAG is the sole responsibility of the Client and are not contingent upon any third-party reimbursement. TAG's compensation shall not be conditional on the Client’s assessment of TAG’s opinions or their perceived utility. All services are performed against advanced funds. Client will be invoiced as often as necessary to replenish the retainer or to pay for anticipated work and/or expenses. The retainer will be applied to the final invoice with any unused funds refunded.

3. This Agreement shall remain in effect until December 31, 2027. The Agreement may be extended beyond this date only upon the written agreement of both parties, and such extension may require the establishment of a new hourly rate. Either TAG or Client may terminate this Agreement prior to December 31, 2027, without penalty, by providing seven (7) days’ written notice to the other party. Confidentiality obligations and any unfulfilled payment obligations shall survive termination. Venue for all actions concerning this Agreement shall lie exclusively in Travis County, Texas, and this Agreement shall be governed by and interpreted solely under the laws of the State of Texas. Any controversy or claim arising out of or relating to this Agreement, or the breach thereof, except for failure to pay monies due TAG, shall be settled by binding arbitration in accordance with the Rules of the American Arbitration Association, and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction. Recovery of either party is limited to actual damages and attorney’s fees and expressly excludes punitive damages. In the event that any provision or portion of any provision herein is held by competent authority to be invalid or unenforceable, the remaining provisions shall remain valid and enforceable as if the invalid or unenforceable part(s) had not been included herein.

The above terms and conditions are understood and accepted by the undersigned.

| | |
|---|---|
| ____________________________ | __/s/ Nicholas D. Bedford________________ |
| Karim H. Vellani, President | Nicholas D. Bedford, Partner<br>for Gray, Rust, Moffett & Brieske LLP with Express Permission of<br>Joe Seitz at Sedgwick, as Payor for Defendant The Kroger Co. |
| Date_______________________ | Date__4/16/2026_____________________ |
| | Case: Erin Booker v. The Kroger Co |