*Erin Booker v. The Kroger Co., John Doe*
*USDC, Northern District, Atlanta Division*
*Civil Action File Number: 1:26-cv-02006-SDG*

# EXHIBIT E:
# Testimony List of Karim Vellani

Case No. 2021-00-3836-CA-01; Barbara Smith, as Personal Representative of the Estate of Gregory Smith, Jr., Plaintiff vs. Providence 72 LLC, the Lopez Companies, Inc., & John Doe, Defendants; In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Civil Division
August 29, 2022

Cause No. 2019-04407; Juan Ramos Cantu vs. Village Real Property, Inc.; In the District Court of Harris County, Texas; 80th Judicial District
September 30, 2022

Civil Action No. STCV19-01893; Tonya Sills, Plaintiff vs. New Millennium Smiles, LLC d/b/a Savannah Smiles Dueling Pianos, Defendant; In the State Court of Chatham County, State of Georgia
November 14, 2022

Case No. 21-018455; Shanika Williams, Plaintiff vs. Venice Partners, LTD., a Florida Corporation, Southport Financial Services, Inc., a Foreign Corporation, and Cambridge Management of Washington, Inc. a Foreign Corporation, Defendants; In the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida
November 16, 2022

Caroline Bradley, Plaintiff vs. Golden Pantry Food Stores, Inc., Eric Mitchell, and John Does 1 and 2, Defendants; In the State Court of Clarke County, State of Georgia
December 1, 2022

Case No. A-20-812202-C, Dept. No. IV; Glenn Bension, Administrator of the Estate of Jamie Arnold, Deceased; and Shirley Arnold, and Heir to the Estate of Jamie Arnold, Deceased, Plaintiffs vs. Alhambra Place Partnership, LP, Advanced Management Group Nevada, LLC, Reliance Security, Inc., Defendants; In the District Court, Clark County, Nevada
December 5, 2022

Cause No. 2021-23853; Ricci Simmons, Jr., Plaintiff vs. Crysnick Entertainment, LLC d/b/a Bar 2200, Boniuk Interests, Ltd., Mila Properties, Inc., Crystal D. Henderson, and G4S Secure Solutions (USA), Inc., Defendants; In the District Court, Harris County, Texas, 281st Judicial District
December 14, 2022

Cause No. 2021-37331; Reta L. Hutchins, Individually and as Estate Representative for Decedent, Marquise Hutchins, and Traivion Moore, Plaintiffs vs. 7-Eleven Inc., ANR Corporation, Defendants; In the District Court, Harris County, Texas, 11th Judicial District
March 2, 2023

Civil Action File No. 2022V-0023SFW; Tamekia Arnold, as Legal Guardian and Next Friend of Kentavious Gordon; and Tamekia Arnold, as the Administrator of the Estate of

Louis Tramaine Gordon, Deceased, Plaintiffs vs. Falguni Patel, Defendant; In the Superior Court of Bleckley County, State of Georgia
March 24, 2023

Cause No. D-1-GN-20-000667; Roel Zamora, Plaintiff vs. TP Franchise Austin, LLC; TP Franchise Venture I, LP; TP Franchise Venture I, LLC; TP Texas Beverages, LLC; Twin Restaurant Management, LLC; Front Burner Restaurants GP, LLC; and Front Burner Restaurants, LP, Defendants; In the District Court, 419th Judicial District, Travis County, Texas
April 14, 2023

No. 2022CV363118; Graham vs.  VCP Hammond, LLC; In the State Court of Fulton County, Georgia
April 20, 2023

Civil Action File No. 2021RCCV00575; Traci Boykin and Halma Boykin as surviving children of David Boykin, for themselves and Chrissy Ann Boykin, as administrator of the Estate of David Boykin, deceased, Plaintiffs vs. Brookside Properties, Inc. (Tennessee), d/b/a Peach Orchard Plaza, a foreign profit corporation, G4S Secure Solutions (USA) Inc., a foreign profit corporation, and Biotest Pharmaceuticals Corporation, a foreign profit corporation, Defendants; In the Superior Court of Richmond County, State of Georgia
May 11, 2023

Carolyn Enzor, as Next friend of Kai Enzor and Karter Enzor and Julianne Glisson, Administrator of The Estate of Ka'la Enzor v. The Kroger Co.; In the United States District Court, Southern District of Georgia, Savannah Division, Civil Action No. CV422-083
June 14, 2023

Case No. A-19-799464-C, Dept. No. III; Gloria S. Zapata, as special administrator for the estate of Jonathan Blackstone, deceased; and Mitchell Blackstone, individually and as heir to the Estate of Jonathan Blackstone, Plaintiffs vs. Showcase 1415 LLC et al, Defendants; In the District Court, Clark County, Nevada
June 16, 2023

Case No. 2020-CA-8908; Walter Nelson, Plaintiff vs. S2 Grandview, LLC and S2C Florida Management, LLC, Defendants; In the Circuit Court of the 9th Judicial Circuit, In and For Orange County, Florida
August 14, 2023

Civil Action File No. 22EV002045; Jihad Karim, Plaintiff vs. Integral Property Management, LLC, Defendant; In the State Court of Fulton County, State of Georgia
August 17, 2023

Case No. 01-22-0002-8503; Virginia Smotherman, Individually and on behalf of the Estate of Pollyanna Smotherman vs. GPM Southeast, LLC and GPM Investments, LLC d/b/a E-Z Mart, and John Doe; In the American Arbitration Association
August 29, 2023

Cause No. 21-CVS-2396; Dorinda Holaday, as Ancillary Administrator of the Estate of John Holaday, Plaintiffs vs. Epicentre SPE (Charlotte), LLC, Epicentre (Charlotte), LLC, CIM Group, LP, CIM Management, Inc., CIM Group, LLC, Raheem Sachlette, and Universal Protection Service, LLC d/b/a Allied Security and/or Allied Universal, Defendants; In the General Court of Justice, Superior Court Division
September 25, 2023

Case No: 1:22-CV-01108; Wallace Wormack, et al, Plaintiffs v. Caesars Baltimore Management Company, LLC, et al, Defendants; In the United States District Court for the District of Maryland, Northern Division
September 26, 2023

Civil Action File No. 20-C-04895-S2; Shanique Mayes, Individually and as Next of Kin and Natural Parent on behalf of McKenzie Mayes, a minor, Plaintiffs vs. Eastwyck Village Apartments, and Countour Eastwyck, Defendants; In the State Court of Gwinnett County, State of Georgia
October 11, 2023

Cause No. CV2045855; Bulah Marie Garrett, Individually and as Representative of the Estate of Lyndell Ray Garrett, Deceased, Lisa Garrett and Shelly Garrett, Plaintiffs vs. Wal-Mart Stores Texas, LLC d/b/a Wal-Mart Supercenter #561 and Greyhound Lines, Inc., Defendants; In the District Court, 91st Judicial District, Eastland County, Texas
November 2, 2023

Civil Action File No. 1:20-cv-05233-SEG; J.G., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division; Civil Action File No. 1:20-CV-05231-JPB; A.G., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division; Civil Action File No. 1:20-CV-05232-JPB; G.W., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division
November 28, 2023

Case No. 2016-CV00782, Division 17; Darrell Sander, Plaintiff v. Landmark Realty of Missouri, LLC, dba Landmark Realty, LLC, and KC Waldo Heights Apts., LLC; In the Circuit Cout of Jackson County, Missouri at Independence
December 1, 2023

Civil Action File No. 22EV001790; Tammia Verser, Plaintiff vs. AG-P Atlanta Perimeter Owner, LLC, d/b/a Hyatt Regency Atlanta Perimeter at Villa Christina, Defendant; In the State Court of Fulton County, State of Georgia
December 7, 2023

Civil Action File No. 21-CG-0506-DG; Reginald Bloodsaw, Plaintiff vs. Envolve Community Management, LLC f/k/a LEDIC Realty Company, LLC A Foreign Limited Liability Corporation, Oconee Park Partners, LP, a Georgia Limited Partnership and John Does Nos. 1-5, Defendants; In the Superior Court of Laurens County, State of Georgia
December 12, 2023

Civil Action File No. 2020CV341987; Katherine Wenszell, and Susan Wenszell, Plaintiffs vs. Metropolitan Atlanta Rapid Transit Authority, Defendants; In the Superior Court of Fulton County, State of Georgia
December 19, 2023

Civil Action No. 20-A-301; Dawn C. Smith and Brad S. Smith, Plaintiffs vs. Six Flags Over Georgia, LLC, Six Flags Over Georgia, LTD (L.P.), Six Flags Over Georgia II, LP, Six Flags Over Georgia, Inc., Six Flags Fund, LTD, LP, SFOG II, Inc., SFG-I, LLC, SFG-II, LLC, and John Does Nos. 1-5, Defendants; In the State Court of Cobb County, State of Georgia (Deposition January 6, 2022 and Rebuttal Deposition December 21, 2023)
January 6, 2022

Case No. 2021-027908-CA-01; Hung Nguyen, as Personal Representative of the Estate of Le'Shonte Jones, deceased, Plaintiff vs. Coral Bay Cove, LLC, a Florida limited liability company, and Royal American Management, Inc., a Florida corporation, Defendants; In the Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida
January 11, 2024

Case No. 2021-010717-CA-01; Allisha Johnson, as Personal Representative of the Estate of Solomon Johnson, Plaintiff vs. Miami-Dade County, and Security Alliance, LLC, Defendants; In the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida
January 29, 2023

No. 1:23-cv-00145-JPB; AG and HH vs. Dayram V. Patel; In the United States District Court for the Northern District of Georgia, Atlanta Division
January 31, 2024

Case No. 01-22-0002-8503; Virginia Smotherman, Individually and on behalf of the Estate of Pollyanna Smotherman vs. GPM Southeast, LLC and GPM Investments, LLC d/b/a E-Z Mart, and John Doe; In the American Arbitration Association (Arbitration Testimony)
February 20, 2024

Civil Action File No. 22EV001488; V.W. and Adult Female, Plaintiff vs. Simon Property Group, LP; Universal Protection Service, LLC; 3399 Peachtree, LLC; Reef Parking Enterprises, LLC; and Robin Suggs, Defendants; In the State Court of Fulton County, State of Georgia
March 6, 2024

Case No. 2020-CA-001926; Norma Martinez, as personal representative of the Estate of H.R.V., Plaintiff vs. Sana of Jacksonville, Inc., Bones, LLC, Sunshine Restaurant Holdings, LLC and Sunshine Restaurant Merger Sub, LLC, Defendants; In the Circuit Court, Fourth Judicial Circuit, in and for Duval County, Florida
March 22, 2024

Civil Action File No.: 21EV006765; Desmond Hunter, Plaintiff, vs. Marriott Hotel Services, Inc., Atlanta Marriott Suites Midtown, John/Jane Doe Individuals 1-5, and John/Jane Does Entities 1-5, Defendants; In the State Court of Fulton County, State of Georgia
April 11, 2024

Cause No. 2021-20781; Ayad K. Al Dayyeni, Plaintiff vs. Sheng-Raamco Management, Inc. and Raamco RBBC, LLC, f/k/a Raamco Texas Properties, LP, Defendant; In the District Court of Harris County, Texas, 129th Judicial District
April 30, 2024

Civil Action File No. 1:22-cv-01696-VMC; Wyteria Sims and Marcus Chapman o/b/o The Estate of Marcus Sims, Plaintiffs, v. Wingate Management Company, LLC, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division
June 12, 2024

Cause No. 2022-06716; Michael Weathersby, Plaintiff vs. Fiesta Mart, LLC, and Bodega Latina Corporation LLC, et al., Defendants; In the District Court of Harris County, Texas, 151st Judicial District
August 23, 2024

Cause No. 2023-64947; Ahshanti Carey, Plaintiff v. Carriage Place Apartments Houston LLC d/b/a Casa Paz Apartments; Devonshire Real Estate & Asset Management, L.P; Devonshire Real Estate Investments, Inc., Fort Grp LLC; and Grow Wealth 2 Retire LLC, Defendants; In the District Court of Harris County, Texas, 127th Judicial District
September 6, 2024

Cause No. CACE22-10752; Tahnisha Thevenin, a Florida Resident, Plaintiff vs. TCB Sport Entertainment LLC, d/b/a Players Sports Bar & Grill; TCB Sports Management, LLC, and The Gori Family Limited Partnership, Defendants; In the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, Civil Circuit Division
November 11, 2024

Case No. A-21-832845-C; Mondier Khaira, and Individual, Plaintiff vs. DK One LV LLC, a Foreign Limited Liability Company; One Las Vegas Homeowners' Association, Inc., a Domestic Non-Profit Corporation; FirstService Residential, Nevada, LLC, a Domestic Limited Liability Company, Defendants; Eighth Judicial District Court, Clark County, Nevada
December 9, 2024

No. D-101-CV-2023-02751; Dennis Murphy, Personal Representative to the Estate of Jayden Vallez, (a minor) deceased; Nanette Andazola, Individually, and Next of Kin, Plaintiffs vs. Angel Chavez, Brookfield Properties Retail, Inc., and Allied Universal, Inc., Defendants, and Brookfield Properties Retail, Inc., Cross-Claimant, vs. Universal Protection Service L.P. d/b/a Allied Universal Security Services, Cross-Claim Defendant; In the First Judicial District Court, County of Santa Fe, State of New Mexico
December 11, 2024

Cause No. 2022-76703; Stacy Langhum, individually and as Administrator of the Estate of Diego Langhum; and Geniah Henderson, as Next Friend of D.L., a Minor Child, Plaintiffs vs. Lurin Real Estate Holdings XV LLC d/b/a The Estates at Avenstar Apartments, and Lurin Property Management, LLC, Defendants; In the District Court of Harris County, Texas, 295th Judicial District
January 8, 2025

Civil Action File No. 21-D-04624-S6; Tanesha Durdan, Plaintiff vs. Red Roof Inns, Inc.; CL West Management, LLC; Michelle Doe, in her capacity as manager, and Dana Doe, in her capacity as manager, Defendants; In the State Court of Gwinnett County, State of Georgia
January 24, 2025

Cause No. 22-2-21294-2 SEA; Delisa Ann Red, as Personal Representative of the Estate of Christopher D. Roberts, Plaintiff vs. Safeway, Inc. et al, Defendants; Superior Court of the State of Washington, in and for King County
February 5, 2025

Civil Action File No. 17-C-07772-S3; Cynthia Welch, Individually, and as Administratrix of the Estate of Anthony L. Welch, Deceased, Plaintiff v. Pappas Restaurants, Inc., Tactical Security Group, LLC, and John Does 1-5, ABC Corp., Def Corp., and XYZ Corp., Defendants; In the State Court of Gwinnett County, State of Georgia
February 13, 2025

Case No. 23-C01565-S4; Craig DeWitt and Dawn DeWitt, as surviving parents of Elijah DeWitt and as Co-Administrators of the Estate of Elijah DeWitt, deceased Plaintiffs v. Simon Property Group, LP, Sugarloaf Mills Limited Partnership, Universal Protection Service, LLC, Jason Choy, and John Does 1-5, Defendants, In the State County of Gwinnett County, State of Georgia.
March 31, 2025

Civil Action No. 4:23-cv-03029; Domimecha Denman, Plaintiff v. Wilhoit Properties, Inc., Mountain Boulevard Apartments, LP, Mountain Boulevard Housing, LLC and Mountain Boulevard Apartments, LP d/b/a Kimberly Pointe Apartments, Defendants; In the United States District Court for the Southern District of Texas, Houston Division
April 9, 2025

Case No. A-22-8621191-C; John Christopher Byers, Plaintiff vs. NP Red Rock LLC, a Nevada Limited Liability Company, d/b/a Red Rock Casino Resort Spa; Does I through X; and Roe Corporations I through X, Inclusive, Defendants; In the Eight District Court, Clark County, Nevada
May 15, 2025

Civil Action File No. 22EV001686; Daniel Kang, Plaintiff vs. Jack’s Pizza, LLC, Defendant; In the State Court of Fulton County, State of Georgia
June 19, 2025

Civil Action File No. 1:20-cv-05233-SEG; J.G., Plaintiff vs. Northbrook Industries, Inc., d/b/a United Inn and Suites, Defendant; In the United States District Court for the Northern District of Georgia, Atlanta Division (Trial Testimony July 9-10, 2025)
July 9, 2025

Civil Action No: 1:23cv280; Jane Doe (GMF), an Individual, Plaintiff v. G6 Hospitality, LLC, G6 Hospitality IP, LLC, G6 Hospitality Property, LLC, G6 Hospitality Purchasing, LLC, G6 Hospitality Franchising, LLC, Motel 6 Operating, L.P., and Aesha, LLC; United States District Court, Eastern District of Texas, Beaumont Division
July 24, 2025

Case No. 3:23-cv-00388-IM; A.B., an individual, Plaintiff, v. Interstate Management Company, LLC, doing business as Residence Inn Portland Airport, Defendant; In the United States District Court for the District of Oregon, Portland Division
July 29, 2025

Civil Action File No. 24A03479; Quennariel Martin, as natural Guardian of Zaiyden Hernadez, a minor, and Nina Morris, as natural guardian of Selah Morris, a minor, as next of kins of Carlos Daniels, deceased, Plaintiffs vs. Winters Chapel 592, LLC, Arenda Capital Management, LLC, and Lyon Management Group, Inc., Jeffrey Kent; Doe 1; Doe 2; Doe 3; Doe 4; and Doe 5, Defendants; In the State Court of DeKalb County, State of Georgia
September 15, 2025

Case No. CL24-1943; R.B., by Mother and Next Friend L.B., Plaintiff vs. Marriott International, Inc., et al., Defendants; In the Circuit Court for the City of Norfolk, Virginia
October 9, 2025

Case No. 21C459; Kevin Edward Craft and Rebekah Leanne Craft, Plaintiffs vs. Public Storage, Inc. and Kelvin Edwards, Defendants; In the Circuit Court for Davidson County, Tennessee at Nashville
October 29, 2025

Case No. 2024CV0056250; Randolph Ricketts, Plaintiffs vs. HGH Partners, LLC, d/b/a Foxwood Townhome Apartments, a Georgia limited liability company, Defendant; In the State Court of Houston County, State of Georgia
November 11, 2025

Case No. 3:23-cv-00388-IM; A.B., an individual, Plaintiff, v. Interstate Management Company, LLC, doing business as Residence Inn Portland Airport, Defendant; In the United States District Court for the District of Oregon, Portland Division (Trial Testimony)
December 4, 2025

Cause No. 2023-153-5; Destiny Rosas, Steve Rosas, Consuela Monique Rosas, James Rosas, and Danyel Dowling, Plaintiffs v. QuikTrip Corporation, QT South, LLC, and Byron Otis Bryant; In the District Court of McLennan County, Texas, 414th Judicial District
December 16, 2025

Cause No. 2019DCV3471. Jessica Garcia, Individually and as Next Friend of Guillermo Garcia, and as Next Friend of K.G. and G.G., Minors, et al., Plaintiffs, and Aurora Bonilla Hernandez, Individually, and as Representative of the Estate of Maribel Hernandez Loya, Deceased, et al., Intervenors, v. Walmart, Inc., et al., Defendants. In the 448th Judicial District Court, El Paso County, Texas.
December 19, 2025

Cause No. 2023-153-5; Destiny Rosas, Steve Rosas, Consuela Monique Rosas, James Rosas, and Danyel Dowling, Plaintiffs v. QuikTrip Corporation, QT South, LLC, and Byron Otis Bryant; In the District Court of McLennan County, Texas, 414th Judicial District (Trial Testimony)
January 15, 2026

Civil Action File No. 2024-SV-000382; Jonathan Smith, as the administrator of the Estate of Jason Smith, and Gayle Eldert and Jonathan Smith, as the surviving parents, Plaintiffs vs. Avita Community Partners, d/b/a Behavioral Health Crisis Center, Brandon Lewis, Manolo Cabasal, Hall County, E.K.G. Security, Inc., and Salveo Integrative Heath, Inc., Defendants; In the State Court of Hall County, State of Georgia
February 4, 2026

Case 1:23-cv-00303-MJT; Jane Doe (C.L.F.), an individual, Plaintiff, v. G6 Hospitality, LLC; G6 Hospitality IP, LLC; G6 Hospitality Property, LLC; G6 Hospitality Purchasing, LLC; G6 Hospitality Franchising, LLC; Motel 6 Operating, L.P.; and Kisan, Inc.,

Defendants; In the United States District Court for the Eastern District of Texas, Beaumont Division
February 27, 2026

Case No. 2516-CV02010, Division 1; Jermaine Hicks, Plaintiff, v. MS & MS Investments, LLC d/b/a BP and A L & L Services, Inc., Defendants/Third-Party Plaintiffs, v. Asad Iniko-Zere Baruti and Ke-Shay Landers, Third-Party Defendants; In the Circuit Court of Jackson County, Missouri, at Kansas City
March 2, 2026

Civil Action File No. 24EV001154; Minh Dang and Truc Ngo as surviving parents of Mitchel Dang, and Mary Dang as administrator of the Estate of Mitchel Dang, Plaintiffs vs. Coro MLK 75, LLC, Legacy Parking Company, LLC and Securitas Security Services, USA, Inc., Defendants; In the State Court of Fulton County, State of Georgia
March 24, 2026

Cause No. 01-24-0007-8511; Santos Amado Martinez, Plaintiffs vs. New Radha Shyam Properties, LLC d/b/a Cerca Demi Apartments, Pending with the American Arbitration Association
March 31, 2026

Case No. 1:23-cv-00821-MV-JHR; Lily Taylor, Tim Taylor, and Bonnie Taylor, Plaintiffs vs. The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, in his individual capacity, Hilario Chaves, in his individual capacity, Universal Protection Service, LLC d/b/a Allied Universal Security Services, Ameen Benhalim, and Badr El-Badri, Defendants; In the United States District Court for the District of New Mexico
April 20, 2026

Makayla Benson v. Intown Suites Management, LLC, et al., Case No. 4:25-cv-00133-CDP (E.D. Mo.)
April 27, 2026

Civil Action File No. 2024CV04777; Karena Mathews, individually for herself, and on behalf of the Estate of Kameron Jones, Plaintiff vs. Riverwood Management, LLC, Riverwood Housing Partners, LP, and John Doe, Defendants; In the State Court of Clayton County, State of Georgia
July 22, 2026

Case No. 1:23-cv-00821-MV-JHR; Lily Taylor, Tim Taylor, and Bonnie Taylor, Plaintiffs vs. The Santa Fe Public School District, The Santa Fe Public School Board of Education, Carl Marano, in his individual capacity, Hilario Chaves, in his individual capacity, Universal Protection Service, LLC d/b/a Allied Universal Security Services, Ameen Benhalim, and Badr El-Badri, Defendants; In the United States District Court for the District of New Mexico (Trial Testimony)
July 31, 2026 and August 3, 2026