IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ERIN BOOKER,

Plaintiff,

v.

THE KROGER CO. AND JOHN DOE,

Defendants.

CIVIL ACTION FILE NO.

1:26-cv-02006-SDG

Please SEE ATTACHED Cert regarding verifying CLE training courses Completed on 7/29/26

This 2nd day of September, 2026

Respectfully submitted,

By: *Christopher L. Johnson*
Christopher L. Johnson
Georgia Bar No. 953156

*Attorney for Plaintiffs*

Outlook

---

**ChatGPT, Alexa and Siri Are Out to Get You! Thanks and Please Complete Evaluation**

---

**From** ICLE Support <iclesupport@gabar.org>
**Date** Wed 7/29/2026 2:01 PM
**To** Christopher L Johnson <clj@peachfirm.com>
**Cc** chrisl.johnson2@gmail.com <chrisl.johnson2@gmail.com>

State Bar of Georgia: Institute of Continuing Legal Education Logo

Dear Christopher Johnson,

Thank you for studying the ChatGPT, Alexa and Siri Are Out to Get You! On Demand.

Program chairs, speakers and ICLE greatly appreciate your valuable input. With it, we can improve and offer more rewarding continuing legal education. Please scroll down and click the green "My Account" tab to access your account (or click here: https://icle.gabar.org/Account/MyAccount). While in your account, click the yellow Certificate tab and complete the "Program Evaluation." You can edit your evaluation responses, and rate speakers as they appear, throughout the program by “x”ing out of the evaluation and returning to it. Click “submit” once you are finished.

**Important Things to Know**

- ICLE will automatically report your CLE credits to the Continuing Legal Education Regulation Department of the State Bar of Georgia. Allow up to two weeks for the credits to appear on your transcript ("Georgia Commission on Continuing Lawyer Competency CLE Status Report").
- If you have any questions, or if you seek assistance in obtaining credit for ICLE programs from entities or jurisdictions other than the State Bar of Georgia, call us at (678) 529-6688 or email ICLE@gabar.org.
- If you need assistance with reporting credits for non-ICLE programs, contact the Continuing Legal Education Regulation Department of the State Bar of Georgia at 404-527-8710 or CLE@gabar.org.
- If you would like a certificate of attendance, scroll down and click the green "My Account" tab to access your account (or click here: